Approved: _____
Marcia S. Cohen
Assistant United States Attorney

Before:      HONORABLE JUDITH C. McCARTHY
             United States Magistrate Judge
             Southern District of New York          20 Mag 6097

- - - - - - - - - - - - - - - - - - - x    <u>SEALED COMPLAINT</u>

UNITED STATES OF AMERICA              :    Violations of
                                           18 U.S.C.
    -v.-                              :    & 2251(a)

JONATHAN WEISS,                       :    COUNTY OF OFFENSE:
    a/k/a "Ian_Jameson,"                   ORANGE COUNTY
                                      :
             Defendant.
- - - - - - - - - - - - - - - - - - - x

SOUTHERN DISTRICT OF NEW YORK, ss.:

KELLEY MCMANUS, being duly sworn, deposes and says that she is a Special Agent with the Department of Homeland Security, Homeland Security Investigations and charges as follows:

<u>COUNT ONE</u>

1.  In or about September 2019, in the Southern District of New York and elsewhere, JONATHAN WEISS, a/k/a "Ian_Jameson," the defendant, unlawfully, willfully and knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the defendant knew and had reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce and mailed, and the visual depiction would be produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means including by computer, to wit, JONATHAN WEISS, the defendant, while in Orange County, New York, communicated with a 13-year-

old minor ("Victim-1") online and directed Victim-1 to take and send sexually-explicit photographs and videos of Victim-1 to WEISS, the defendant.

(Title 18, United States Code, Section 2251(a).)

## COUNT TWO

2. In or about August 2019, in the Southern District of New York and elsewhere, JONATHAN WEISS, a/k/a "Ian_Jameson," the defendant, unlawfully, willfully and knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the defendant knew and had reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce and mailed, and the visual depiction would be produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means including by computer, to wit, JONATHAN WEISS, the defendant, while in Orange County, New York, communicated with a 13-year-old minor ("Victim-2") online and directed Victim-2 to take and send sexually-explicit photographs and videos of Victim-2 to WEISS, the defendant.

(Title 18, United States Code, Section 2251(a).)

## COUNT THREE

3. In or about May 2020, in the Southern District of New York and elsewhere, JONATHAN WEISS, a/k/a "Ian_Jameson," the defendant, unlawfully, willfully and knowingly employed, used, persuaded, induced, enticed, and coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the defendant knew and had reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in or affecting interstate and foreign commerce and mailed, and the visual depiction would be produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means including by computer, to wit, JONATHAN WEISS, the defendant,

while in Orange County, New York, communicated with a 13-year-old minor ("Victim-3") online and directed Victim-3 to take and send sexually-explicit photographs and videos of Victim-3 to WEISS, the defendant.

(Title 18, United States Code, Section 2251(a).)

The bases for my knowledge and for the foregoing charge are, in part, as follows:

4. I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), assigned to the HSI Hudson Valley Office. I have been a Special Agent with HSI and its predecessor agencies since 2003. During my tenure as a Special Agent, I have conducted and participated in numerous investigations of criminal activity involving crimes against children, including the receipt, possession, and/or distribution of child pornography by electronic means, sexual exploitation, and enticement of minors. I have gained expertise in these areas through training and daily work related to conducting these types of investigation.

5. I have been personally involved in the investigation of this matter. This affidavit is based upon my conversations with law enforcement officers and others, and my examination of reports and records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all the facts that I have learned during the course of my investigation. Where the contents of documents and the actions, statements and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

6. Based on my experience and training, I am familiar with Snapchat. Snapchat operates a free-access social networking site. Snapchat allows users to establish accounts with Snapchat, which they can use to share photos, videos, messages, audio notes, and video notes with other Snapchat users. Snapchat's users may share "Snaps." A user takes a photo or video using their camera phone in real-time, which the user can then send to their friends on the social networking application. Unless the sender or recipient opts to save the photo or video, the message will be deleted from their devices (after the content is sent in the case of the sender, and after it is opened in the case of the recipient.

3

7.      On or about May 11, 2020, I spoke to an investigator ("Investigator-1") with the Clay County Sheriff's Office in Orange Park, Florida ("CCSO") who told me that, in or about April 2020, CCSO had received a report concerning contact on Snapchat between a 13-year-old minor ("Victim-1") and a male who used the Snapchat screen name "Ian_Jameson." Based on my conversations with Investigator-1 and my review of CCSO reports, I am aware that Investigator-1 interviewed Victim-1, who provided the following information, in substance and in part:

a.      In or around October 2019, when Victim-1 was 13-years-old, Victim-1 received a message from a Snapchat account, "Ian_Jameson," initiating a conversation. Subsequently, "Ian" directed Victim-1 to take nude photos and transmit them to him. In response to his request, Victim-1 sent "Ian_Jameson" several images. In the images, her bare breasts and her bare vagina were exposed. In the photos, Victim-1's mirror, pink bedroom curtains, a sticker for "Ron Jon Surf Shop" and a sticker for "USA Gymnastics" were visible in the background. "Ian_Jameson" told her that, if she did not send him more pictures, he would send her nude pictures to others.

b.      In response to the threats to send her pictures to others, Victim-1 "blocked" "Ian_Jameson" on Snapchat. Shortly thereafter, people began telling her that they had received her nude images. Victim-1 last communicated with "Ian_Jameson" in or about October or November 2019.

c.      Victim-1 identified two friends ("Friend-1" and "Friend-2") who received images that Victim-1 sent to "Ian_Jameson." These friends sent Victim-1 the nude images of Victim-1 that they had received. The images they sent Victim-1 were the same images that Victim-1 had sent to "Ian_Jameson" and only to "Ian_Jameson."

8.      Based on my conversations with Investigator-1 and my review of CCSO reports, I am aware that, on or about May 12, 2020, Investigator-1 interviewed Friend-1 and Friend-2, who advised the following, in substance and part:

a.      Friend-1 stated that she had spoken with an "Ian Jameson" in the past on Snapchat. Friend-1 stated that Friend-2 had sent Friend-1 images that Friend-2 said "Ian" had sent to Friend-2. Friend-1 said that, in the images, Victim-1 was completely nude with her bare breasts and vagina exposed.

   b. Friend-2 advised that Friend-2 had received nude images of Victim-1 and another juvenile known to Friend-2 ("Victim-2") from someone known to Friend-2 as "Ian" via Snapchat. Friend-2 stated that "Ian" sent her the images in or about the Fall of 2019 and that she did not save them and no longer has access to them. Friend-2 stated that, in the images she received from "Ian," both of the girls were standing with their bare breasts and vaginas exposed directly to the camera.

   c. Friend-2 said that "Ian" had asked Friend-2 for pictures of her feet, and she thought that was weird so she blocked his Snapchat account. Friend-2 showed Investigator-1 the Snapchat account of "Ian_Jameson" and confirmed that that was the account from which she received the images of Victim-1 and Victim-2.

 9. Based on my conversations with Investigator-1 and my review of CCSO reports, I am aware that, on or about May 14, 2020, Investigator-1 spoke to Victim-2, who provided the following information, in substance and in part:

   a. Victim-2, who is now 14-years-old, advised that she was familiar with someone who used the Snapchat name "Ian_Jameson." She never met him in person. Victim-2 provided Investigator-1 with the name of Victim-2's Snapchat account.

   b. Victim-2 believed that he "friended" her on Snapchat because he was friends with several other girls with whom she went to school. Victim-2 was 13-years-old at the time and told him that she was 13-years-old and in middle school. He told her that he was 15.

   c. Victim-2 has not spoken to "Ian_Jameson" since in or about September 2019. She was in contact with him for a few months prior to September 2019. When they were in contact, every day, he would ask her for "nudes," and she felt like he would stop talking to her if she did not send him nude images. In response to his requests, she sent him approximately ten nude images with her bare breasts, vagina and buttocks exposed.

 10. Based on my conversations with Investigator-1 and my review of CCSO reports, I am aware that, on or about May 11, 2020, Investigator-1 interviewed a 13-year-old minor ("Minor") and Minor's mother. Based on my conversations with Investigator-1 and my review of CCSO reports, I am aware of the following, in substance and in part:

5

   a. Minor advised that, in or about the Fall of 2019, she began speaking with an individual on Snapchat with the Snapchat screen name, "Ian_Jameson." Minor advised that "Ian_Jameson" sent her, via Snapchat, an image of a penis.  When Minor received the image, she showed it to her mother.

   b. Minor's mother reported that Minor showed her a photo she received from "Ian_Jameson" on Snapchat.  Minor's mother described the photo as a photo of a post-pubescent male's bare erect penis.  Minor's mother advised that she (Minor's mother) used Minor's Snapchat account to confront "Ian_Jameson" about sending a lewd image to a child.  He responded via Snapchat and said that it was okay because he was only 8-years-old.  After this exchange, Minor deleted the image of the penis and blocked "Ian_Jameson" from her Snapchat account.

  11. In connection with this investigation, I reviewed Snapchat records which revealed that the Snapchat user with the screen name "Ian_Jameson" created the Snapchat account on or about December 30, 2015 and identified an email address ("Email-1") and a telephone number ending in "5083" ("Number-1").  In addition, the Snapchat records included Internet Protocol ("IP") history for logins to Snapchat by "Ian_Jameson" from in or about October 10, 2019 up to and including on or about April 1, 2020.  Based on my review of the Snapchat records, I am aware that there were numerous logins from IP address 98.15.146.14 (the "14-IP"), including multiple logins from 14-IP in October 2019, November 2019, December 2019, January 2020, February 2020, March 2020, and also on April 1, 2020.

  12. In connection with this investigation, I also reviewed records from Verizon Wireless and Charter Communications.  The Verizon Wireless records indicated that the subscriber of Number-1 is a "Jonathan Weiss" with an address in Middletown, New York ("Weiss-Residence").  The records from Charter Communications revealed that the subscriber of 14-IP is a "Jonathan Weiss" with an email of Email-1 and an address of the Weiss-Residence.

  13. On or about May 22, 2020, United States Magistrate Judge Judith C. McCarthy authorized a search warrant for the Weiss-Residence.  On May 27, 2020, I and other law enforcement officers executed the search warrant and seized a number of items.  Among the items seized were two iPhones, one with a blue case ("iPhone-1") and one with a black case ("iPhone-2").  JONATHAN WEISS, a/k/a "Ian_Jameson," the defendant, who is 29-years-old, was at the residence at the time of the search. WEISS identified iPhone-1 as his personal phone and iPhone-2 as his

work phone. WEISS also told me, among other things, that the Snapchat account with the name "Ian_Jameson" was his Snapchat account and that the account was based on the name of a childhood friend (Ian) together with a whiskey he likes (Jameson).

14. The forensic review of the items seized on May 27, 2020 pursuant to the search warrant is ongoing. To date, the review of iPhone-1 has revealed, among other things, that iPhone-1 contains numerous files ("Opened Snap Files") of what appear to be photos of opened Snaps and video recordings of Snaps as they are opened. In some of the video files, the outlines of a black iPhone and a thumb is visible and it appears that the user of iPhone-1 is using iPhone-1 to video something that is being played on a black iPhone. In some of the Opened Snap Files that are video recordings of Snaps being played, the thumb appears to touch the screen in order to open or activate the Snap. Among these "Opened Snap Files" are sexually explicit photos and videos of individuals I believe to be Victim-1 and Victim-2.

15. In particular, within the "Opened Snap Files" are four video files and approximately 34 still image files that depict the same pubescent female. Based on data embedded in these files, these files were created on or about September 11, 2019 and September 16, 2019. Based on my comparison of these files with a photograph of Victim-1 provided to me by Investigator-1, I believe that Victim-1 is the female who appears in the files. In many of the files, one or more of the background items described by Victim-1 (a mirror, pink curtains, a "Ron Jon Surf Shop" sticker and a "USA Gymnastics" sticker) is visible. These files depict Victim-1 in various stages of undress, including fully naked standing in front of a mirror as well as fully naked seated on the floor with her legs spread and her vagina visible.

16. In addition, within the "Opened Snap Files" found on iPhone-1 are fourteen video files and 28 still image files that depict a pubescent female who I believe to be Victim-2. In a number of the video files, the name of Victim-2's Snapchat account is visible as the Snap is opened. Based on data embedded in the files, these files were created on or about August 11, 2019. In these files, Victim-2 appears in various stages of undress, including fully naked standing and sitting, and fully naked seated on the floor with her legs spread and her vagina visible.

17. The forensic review of iPhone-1 also revealed a video file that, according to data embedded in the files, was created on May 17, 2020. The video file appears to be a video recording of a

FaceTime video call made on another iPhone. In the video, the main screen of the video call reveals a pubescent female ("Victim-3") while the smaller screen in the corner reveals the face of a male, who I recognize to be JONATHAN WEISS, a/k/a "Ian_Jameson," the defendant.  In the video, Victim-3, who is lying on a bed and is naked from the waist down, penetrates her vagina with her fingers. WEISS asks, "How's that feel? Do three fingers, keep your feet down like that, oh yeah, keep your feet down baby, like towards the camera, yeah right like that, now go three fingers and fuck yourself hard, yeah baby, how's that feel, tell me how it feels." Victim-4 responds, "It hurts." WEISS says, "Go harder harder deeper, get it in, get your hands in really deep and then move your fingers, yeah baby."

18.    The forensic review of iPhone-1 revealed four additional video files depicting Victim-3 that, according to data embedded in the files, were made on May 26, 2020. These files also appear to be video recordings of FaceTime video calls made on another iPhone. In all four videos, the main screen of the video call reveals the same pubescent female ("Victim-3") while a smaller screen in the corner reveals an erect penis.  In one of the videos, Victim-4, whose genital area is naked, places a purple comb in her mouth and then inserts the comb into her vagina multiple times. On the recording, a male's voice can be heard saying, among other things, "Damn baby girl" and "Alright let's see, does it go in?"  In another of these videos, Victim-3 inserts a small pink bottle into her naked vagina and moves it around. The male's voice can be heard saying, "Like that pussy. Damn, how's that feel baby?"

19.    In connection with this investigation, Victim-3, has been identified.  Victim-3 is 13-years-old. Based on my conversations with a Detective of the Longview Texas Police Department ("Detective-1"), I am aware that, on or about June 9, 2020, Detective-1 observed a forensic interview of Victim-3. Among other things, Victim-3 advised the interviewer that she met an individual she knew as "Ian" on Snapchat in or about March of this year, that he told her he was 14 years old and lived in Middletown, New York, and that she communicated with him by Snapchat, FaceTime and by text. Victim-3 advised that

8

"Ian" repeatedly asked her to send him nude pictures and videos of her masturbating and she felt pressured to do so.

WHEREFORE, deponent prays that the above-named defendant be arrested and imprisoned or bailed as the case may be.

                                            /s/ Kelley McManus Credential No. 2917
                                            Kelley McManus
                                            Special Agent
                                            Homeland Security Investigations

Sworn to me through the transmission of this       **(By Facetime)**
Affidavit by reliable electronic means, pursuant to
Federal Rules of Criminal Procedure 41(d)(3) and 4.1, this
**10th** day of June, 2020

_____
HONORABLE JUDITH C. McCARTHY
United States Magistrate Judge
Southern District of New York

9