Court Exh. 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Jonathan Weiss          Defendant(s).
-----------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

21 -CR-449( )( )

Defendant Jonathan Weiss hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

_X_ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Jonathan Weiss
Print Defendant's Name

_____
Defendant's Counsel's Signature

John Ingrassia
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

7-13-2021
Date

Judith C. McCarthy
U.S. District Judge/U.S. Magistrate Judge