

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA

        - against -

JONATHAN WEISS,

        Defendant

-----------------------------------------------------------x

21 CR 449 (PMH)

ORDER

    It is hereby ORDERED that the Clerk of the Court pay the attached invoice submitted by Empire State Forensics, in the amount of $4,500, for professional services rendered in connection with the above captioned case.

    SO ORDERED,

Dated: White Plains, New York
       October 3, 2022

_____
Honorable Philip M. Halpern
U.S. District Judge

# Empire State Forensics, LCSW P.C.

**Fortune Building**
280 North Central Ave, Suite 40
Hartsdale, New York 10530
(914) 341-2039

September 22, 2022

Nicolo DiMaria,  USPO SDNY
Probation Department United States District Court
Southern District of New York

**Re: Jonathan Weiss**

Dear Nick,

I have attached a copy of the final report a copy my invoice for the Psycho-sexual Assessment on **Jonathan Weiss.**

Please feel free to contact me if you have any questions. I can be reached at (914) 341-2039.

Sincerely,

*Kenneth J. Lau, LCSW*

**Kenneth J. Lau, LCSW**

# Empire State Forensics, LCSW P.C.

**Fortune Building**
280 North Central Ave, Suite 40
Hartsdale, New York 10530
(914) 341-2039

# INVOICE

**Date Submitted:** September 21, 2022

**Re:** Jonathan Weiss

**Date Seen**: August 11 and 19, 2022

**Location:** Westchester County Correctional Facility

**Type of Assessment/Evaluation:**

    Adult Sexual Offense Risk Evaluation Psychosexual Assessment

**Completed By:**  Sara Liebert, Psy.D.

**Payment Information:**

    Total Cost of Assessment/Evaluation   **$ 4,500.00**

Please make check **payable** to: **Empire State Forensics**
Please send check to: **280 North Central Ave.  Suite 40**
                       **Hartsdale, New York 10530**
                       **Att: Kenneth J. Lau, LCSW**

*Kenneth J. Lau, LCSW*
**EIN** #:   82-2916796