UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
v.                                :     **RESCHEDULING ORDER**
                                  :
**Jonathan Weiss,**               :
                 Defendants.      :     7-21 Cr 449- PMH
                                  :
------------------------------------------------------------x

Sentencing in this matter is rescheduled to November 15, 2022 at 2:00 pm in Courtroom 520 at the White Plains Courthouse.

Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: October 13, 2022          SO ORDERED:

_[signature]_
Philip M. Halpern, U.S.D.J